**EXAMPLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

Michael Wright,
**Plaintiff,**

**Case Number**_____

STATE OF TENNESSEE
**Defendant.**

**TITLE OF DOCUMENT**   Notice of Constitutional Challenge to a Statute

**BODY OF DOCUMENT**

**Signature**   M Wright

**Mailing Address**   420 Monroe Ave
**City, State, Zip Code**   Apt 1302
**Telephone Number**   Memphis, TN 38103
808-492-4341

**CERTIFICATE OF SERVICE**
   I hereby certified that on this ___20___ day of June, 2025, a copy of the forgoing_Title of document_ was mailed, postage prepaid to ____(Opposing Counsel's name, mailing address, City, State and Zip Code._ Counsel for Defendant (Defendan't name)

## Notice of Constitutional Challenge to a Statute

### UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE

### Michael Wright v. STATE OF TENNESSEE

### Challenged Statue: TN Code § 36-3-103

Table of Contents:

Explained Grievance……………………………………………………………….2

Relief……………………………………………………………………………….3

Legal Basis

      Relief Point 1 legal basis……………………………………………………….4

      Relief Point 2, 3, and 4 legal basis…………………………………………….5

      Relief Point 5, 6, 7, 8, and 9 legal basis……………………………………….21

Personal Damages………………………………………………………………..23

Suggestion to the Defendant……………………………………………………...24

Warning to unlawful actors………………………………………………………25

Michael Wright
420 Monroe Ave.
Apt 1302
Memphis, TN 38103

## Explained Grievance

1) The Tennessee statute § 36-3-103 requires people in the state to obtain a marriage license from the state before being allowed to marry.

The statute says:

"Before being joined in marriage, the parties shall present to the minister or officer a license under the hand of a county clerk in this state, directed to such minister or officer, authorizing the solemnization of a marriage between the parties."

Government involvement in the creation of marriage is completely unacceptable since it is a violation of Natural Law, which is recognized by the Declaration of Independence and protected by Article 7 of the US Constitution. The price of the state's marriage license is irrelevant in this discussion. We the People of the United States are free men. Free men are not required to pay or seek approval from any of mankind's governments or their peers in order exercise any of their individual God-given rights.

## Relief

All public servants involved in this case who are loyal to the Constitution of the United States and the Declaration of Independence must acknowledge and defend the following relief points via written declarations:

1) The existence and legitimacy of Natural Law as referenced in the Declaration of Independence since it is the official legal justification for the founding of the united States of America

2) The fact that Jesus Christ is "our Lord" according to "We the People of the United States" as outlined in article 7 of the U.S. Constitution, the state charters, and state constitutions which existed in the same era of the signing of the Declaration of Independence.

3) The fact that Jesus Christ is the God of Natural law who also issues God-given rights and God-decreed prohibitions

4) The facts that Natural Law is not derived from any source except the scriptures of the old and new testament of The Holy Bible which contains the entirety of Natural Law since Jesus Christ is "our Lord" as outlined in Article 7 of the U.S. Constitution, and the Declaration of Independence contains some facts of Natural Law which were still originally derived from The Holy Bible.

5) The facts that
   a. no man can be condemned by anyone for performing an action which is allowed under Natural Law since God, the supremely righteous ruler of all things, has said it is morally acceptable.
   b. No person or government can prohibit, restrict, extort, coerce, or abridge the God-given rights of another person to perform activities which are allowed under Natural Law, a.k.a. biblical law

6) An action cannot be condemned by mankind unless:
   a. it is clearly condemned in the old or new testament of The Holy Bible due to violating a biblical commandment
   b. the action is clearly condemned by The Holy Bible via wording including but not limited to: evil, wicked, sinful, abominable, vile, against nature, unrighteous, unjust, of hell, damnable, warranting death or severe punishment, provoking the anger and wrath of God, warranting a person being sent to hell or denied eternal life, or capable of preventing someone from entering or inheriting the kingdom of heaven.

7) The God-given right of a man to consensually marry a woman without any kind of involvement or requirements from mankind's governments in the creation of their marriage, as it has always been throughout the entirety of The Holy Bible.

8) The fact that even though a marriage may be performed by some type of clergymen, no person is required to go through any clergymen in order to create a valid marriage since clergymen did not perform wedding ceremonies throughout the entirety of The Holy

Bible since the God-given right for a man to marry a woman with consent was self-executing on the part of the individual parties involved.

9) The fact that the God-given right of a man to marry a woman with consent can be exercised simply by having a wedding ceremony with witnesses, as it has been done since the very first marriage between Adam and Eve and throughout the remainder of The Holy Bible.

## Legal Basis

### *Relief Point 1 legal basis:*

According to the Declaration of Independence, the founders of the united States of America unanimously stated the authority by which they were establishing this nation on July 4, 1776 A.D. was derived from the "the Laws of Nature and of Nature's God". It was not a right or power granted to them by the laws of man. Our founders believed "that all men are created equal, that they are endowed by their Creator with certain unalienable Rights". The "unalienable Rights" of all men are derived from "the Laws of Nature and of Nature's God", also known as Natural Law. Since these natural laws are created by God himself, the sovereign monarch of all things, any law or decree God creates supersedes and overrides all other forms of law. This is why the rights located in Natural Law are unalienable.

No man has the authority to stop other men from performing actions that God has said he will allow men to perform. With this concept of "unalienable Rights" in mind, the founders exercised the "Right of the People to alter or to abolish it, and to institute new Government". This idea of Natural Law containing rights for all men is the founding principle on which the united States of America was created. Natural Law is a recognized form of law in this nation, and it is the first form of law adopted by the united States of America which predates any man-made laws in the nation. Any attempts to disagree with or reject the existence of God's Natural Law and the rights it endows to all men would be akin to treason, since rejecting the founding principle and founding legal justification of the nation is the same as rejecting the lawful existence of the nation. The faction who disagreed with the natural law rights referred to by the Declaration of Independence was King George of Great Britian and his loyalists, which are the enemies of this nation. Any attempt to side with our enemies is an act of treason.

*__Relief Point 2, 3, and 4 legal basis:__*

Now that we have established the official unanimous legal stance of the united States of America is that there is a God who has issued supreme laws, the question becomes who is this God that gives all men their "unalienable Rights". Additional elaboration for this God's identity is seen all throughout the history of the united States of America.

- American Legal Documents

Below are excerpts from the constitutions and charters of all the 13 original states which were created or in effect around the same time as the signing of the Declaration of Independence. This will clearly show the consistent and unanimous Christian belief as established by American law which proves that "our Lord" and "Nature's God" can only be Jesus Christ, the Son of God.

1) The first example from the 13 original states of our united Christian national faith is "The fundamental orders of Connecticut, under which a provisional government was instituted in 1638-39." This document was the effective charter for Connecticut until 1818 A.D. when it was replaced by the state constitution. The below excerpts all clearly show that the law of Connecticut embraced Jesus Christ as Lord and established it's laws in accordance with the "Word of God".

   "to maintain and preserve the liberty and purity of the Gospel of our Lord Jesus which we now profess, as also, the discipline of the Churches, which according to the truth of the said Gospel is now practiced amongst us"

   "shall have the power to administer justice according to the Laws here established, and for want thereof, according to the Rule of the Word of God"

2) The second example from the original 13 states is the Delaware state constitution, which was created in 1776 Anno Domini. Delaware made it a requirement that to hold any form of office the below oath had to be taken. Thus, Delaware clearly demonstrated preference to Christianity and professed faith in Jesus Christ.

And also make and subscribe the following declaration, to wit:

" I, A B. do profess faith in God the Father, and in Jesus Christ His only Son, and in the Holy Ghost, one God, blessed for evermore; and I do acknowledge the holy scriptures of the Old and New Testament to be given by divine inspiration."

And all officers shall also take an oath of office.

In addition, the Delaware State Constitution of 1818 A.D. repeatedly used the phrase "in the year of our Lord" as seen below. This 1818 A.D. constitution also clearly outlined and showed guarantees and rights which were only afforded to Christians. Thus, Delaware yet again showed preference to Christianity and continued to embrace Jesus Christ as "our Lord".

"as a part of this Constitution. Done in Convention, on the fifteenth day of September, in the year of our Lord, one thousand eight hundred and eighteen,"

"From and after the first Wednesday of May, in the year of our Lord one thousand eight hundred and thirty,"

3) The third state of the original 13 to review is Georgia. The Georgia state constitution of 1777 clearly demonstrated the religious requirements of their representatives in Article 6, one of which is that they had to be of the Protestant sect of Christianity. Georgia also embraced Jesus Christ as "our Lord" as seen toward the end of the document. The Georgia Constitution of 1798 A.D. also continued to use embrace Jesus Christ as "our Lord".

"and they shall be of the Protestent religion, and of the age of twenty-one years, and shall be possessed"

"Done at Savannah, in convention, the fifth day of February, in the year of our Lord one thousand seven hundred and seventy-seven, and in the first year of the Independence of the United States of America"

"in the year of our Lord one thousand seven hundred and ninety-eight, and in the twenty-second year of the Independence of the United States of America"

4) The fourth state of the original 13 to review is Maryland. In the Maryland state constitution of 1776, it was required that declaration of faith as a Christian was required to hold civil offices, thus showing a preference to Christianity. In addition, it was stated that all Christians shall be treated equally regardless of sect or denomination, but no such promise of equality was documented for other religions. As such Maryland has clearly expressed that they embraced Jesus Christ as "our Lord" and as "Nature's God".

"all persons, professing the Christian religion, are equally entitled to protection in their religious liberty"

"yet the Legislature may, in their discretion, lay a general and equal tax for the support of the Christian religion"

"and such oath of office, as shall be directed by this Convention or the Legislature of this State, and a declaration of a belief in the Christian religion."

"and that I will be faithful, and bear true allegiance to the State of Maryland; " and shall also subscribe a declaration of his belief in the Christian religion."

5) The fifth state of the original 13 to review is Massachusetts. This state was one of the last to finish the constitution, which happened in 1780. The Massachusetts constitution of 1780 contains ample evidence of a preference and embrace of Christianity. Thus, Massachusetts has embraced Jesus Christ as "our Lord" and "Nature's God".

"And every denomination of Christians, demeaning themselves peaceably and as good subjects of the commonwealth, shall be equally under the protection of the law; and no subordination of any sect or denomination to another shall ever be established by law."

" at the same time, be seized, in his own right, of a freehold, within the commonwealth, of the value of one thousand pounds; and unless he shall declare himself to be of the Christian religion."

"and whereas the encouragement of arts and sciences, and all good literature, tends to the honor of God, the advantage of the Christian religion,"

"I, A.B., do declare that I believe the Christian religion, and have a firm persuasion of its truth; and that I am seized and possessed, in my own right, of the property required by the constitution, as one qualification for the office or place to which I am elected."

"the general court which shall be in the year of our Lord [1795]"

6) The sixth of the original 13 states to review is New Hampshire. The state's first constitution was actually created on January 5, 1776, before the Declaration of Independence. The initial document was fairly brief and was in effect for a short time. In 1784, New Hampshire created a much more in-depth, lengthy, and elaborate state constitution. This second version of the state constitution had taken far more apparent and adamant stance on many matters including religion. A clear preference and push for Christianity by the state is seen throughout the constitution of 1784 for New Hampshire. Thus, New Hampshire has embraced Jesus Christ as "our Lord" and "Nature's God".

"and do hereby fully impower the legislature to authorize from time to time, the several towns, parishes, bodies-corporate, or religious societies within this state, to make adequate provision at their own expence, for the support and maintenance of public protestant teachers of piety, religion and morality"

"And every denomination of christians demeaning themselves quietly, and as good subjects of the state, shall be equally under the protection of the law: and no subordination of any one sect or denomination to another, shall ever be established by law."

"Provided nevertheless, That no person shall be capable of being elected a senator, who is not of the protestant religion, and seized of a freehold estate in his own right of the value of two hundred pounds"

"or place he may be chosen to represent; shall be of the protestant religion, and shall cease to represent such town, parish, or place immediately on his ceasing to be qualified as aforesaid"

"and unless he shall, at the same time, have an estate of the value of five hundred pounds, one half of which shall consist of a freehold, in his own right, within the state; and unless he shall be of the Protestant religion."

7) The seventh state of the original 13 to review is New Jersey. The New Jersey Constitution of 1776 clearly shows a preference and provides protections which are not extended to religions outside of Christianity. Thus, New Jersey has embraced Jesus Christ as "our Lord" and "Nature's God".

"which willl be in the Year of our Lord, one thousand seven hundred and seventy seven."

"and that no Protestant Inhabitant of this Colony shall be denied the Enjoyment of any civil Right merely on Account of his religious Principles; but that all Persons, professing a Belief in the Faith of any Protestant Sect, who shall demean themselves peaceably under the Government as hereby established, shall be capable of being elected into any Office"

8) The eighth state of the original 13 to review is New York. In the New York Constitution of 1777, the state repeatedly acknowledged Jesus Christ as "our Lord". The state also recognized that Christian ministers are dedicated to God. Thus, New York has embraced Jesus Christ as "our Lord" and "Nature's God".

"before the fourteenth day of October, in the year of our Lord one thousand seven hundred and seventy-five"

"on the 19th day of April, in the year of our Lord one thousand seven hundred and seventy-five"

"privileges between the nineteenth day of April, in the year of our Lord one thousand seven hundred and seventy-five"

"Be it ordained, that no purchases or contracts for the sale of lands, made since the fourteenth day of October, in the year of our Lord one thousand seven hundred and seventy-five,"

"And whereas the ministers of the gospel are, by their profession, dedicated to the service of God and the care of souls, and ought not to be diverted from the great duties of their function"

9) The ninth state of the original 13 to review is North Carolina. The North Carolina state constitution of 1776 clearly outline a belief in the divinity of

The Holy Bible and Christianity, and made this belief a requirement for certain aspects of society. Thus, North Carolina has embraced Jesus Christ as "our Lord" and "Nature's God".

"That no person, who shall deny the being of God or the truth of the Protestant religion, or the divine authority either of the Old or New Testaments, or who shall hold religious principles incompatible with the freedom and safety of the State, shall be capable of holding any office or place of trust or profit in the civil department within this State."

10) The tenth state of the original 13 to review is Pennsylvania. Pennsylvania's state constitution was made on 9.28.1776. The state constitution makes many references to God and clarifies that there is only one God which is in The Holy Bible. Thus, Pennsylvania has embraced Jesus Christ as "our Lord" and "Nature's God".

"And each member, before he takes his seat, shall make and subscribe the following declaration, viz. I do believe in one God, the Creator and governor of the universe, the rewarder of the good and the punisher of the wicked. And I do acknowledge the Scriptures of the Old and New Testament to be given by Divine inspiration."

11) The 11th state of the original 13 to review is Rhode Island. In 1663 A.D., the charter for Rhode Island was created. The charter remained in effect until the first state constitution was created in the 1800's. The charter acknowledged that Christianity was the religion of the one true God, the advancement of Christianity, and the defense of Christianity against it's enemies. Thus, Rhode Island has embraced Jesus Christ as "our Lord" and "Nature's God".

"in America, that they, pursuing, with peaceable and loyal minds, their sober, serious, and religious intentions, of godly edifying themselves, and one another, in the holy Christian faith and worship"

"by the blessing of God upon their endeavors be laid a sure foundation of happiness to all America."

"as our loving subjects and to preserve unto them that liberty, in the true Christian faith and worship of God,"

"And that they may be in the better capacity to defend themselves, in their just rights and liberties, against all the enemies of the Christian faith"

"they may win and invite the native Indians of the country to the knowledge and obedience of the only true God and Saviour of mankind;"

12) The 12th state of the original 13 to review is South Carolina. In the South Carolina constitution of 3.26.1776, the document recognized that the free English settlements were protestant Christians.

"and an absolute government are established in that province, and its limits extended through a vast tract of country so as to border on the free Protestant English settlements"

In 1778 South Carolina created a new state constitution. This version include far more religious wording and was even more adamant about the Christian identity of the state. Thus, South Carolina has embraced Jesus Christ as "our Lord" and "Nature's God".

"The Christian Protestant religion shall be deemed, and is hereby constituted and declared to be, the established religion of this State. That all denominations of Christian Protestants in this State, demeaning themselves peaceably and faithfully, shall enjoy equal religious and civil privileges."

"1st. That there is one eternal God, and a future state of rewards and punishments.
2d. That God is publicly to be worshipped.
3d. That the Christian religion is the true religion
4th. That the holy scriptures of the Old and New Testaments are of divine inspiration, and are the rule of faith and practice."

13) The 13th of the original 13 states to review is Virginia. The Virgina state constitution was created in 6.29.1776. It clearly recognizes Christianity as the religion of the people in the state and grands equal rights specifically to all Christians. Thus, Virginia has embraced Jesus Christ as "our Lord" and "Nature's God".

> "That religion, or the duty which we owe to our Creator, and the manner of
> discharging it, can be directed only by reason and conviction, not by force or
> violence; and therefore all men are equally entitled to the free exercise of
> religion, according to the dictates of conscience; and that it is the mutual duty
> of all to practice Christian forbearance, love, and charity towards each other."

> It is beyond a shadow of doubt, thanks to the plethora of evidence in the state
> charters and constitutions, that all the states of the original 13 which existed
> during the signing of the Declaration of Independence were Christians. All of
> the 13 states embraced Jesus Christ as "our Lord" and "Nature's God"

Other pieces of evidence for the identity of "Nature's God" would be located in the
Articles of the Confederation 1777 A.D. and the U.S. Constitution.

The Articles of the Confederation says:

"Whereas the Delegates of the United States of America in Congress assembled did
on the fifteenth day of November in the Year of our Lord One Thousand Seven Hundred
and Seventyseven,"

"the ninth day of July in the year of our Lord one thousand seven hundred and
seventy-eight"

Article 7 of the U.S. Constitution says:

"Done in Convention by the Unanimous Consent of the States present the
Seventeenth Day of September in the Year of our Lord one thousand seven hundred and
Eighty seven and of the Independence of the United States of America the Twelfth In
Witness where of We have hereunto subscribed our Names"

The Articles of the Confederation served as the nation's first effective charter in 1777 A.D., until it was replaced by the U.S. Constitution in 1789 A.D., and it clearly showed unanimous consent from all 13 states to approve the articles with the included phrase "in the Year of our Lord" being used multiple times. Also within that portion of article 7, we see that there is unanimous consent to pass all parts of the seven articles of the U.S. Constitution. That portion of article 7 also establishes the U.S. Constitution, which is the supreme law of the land among man's laws, that "We the People of the United States" created the U.S Constitution "in the Year of our Lord". So, it is a factual and legally confirmed statement that "We the People of the United States" have embraced "our Lord". The question is now who is "our Lord".

First, it's important to even understand the meaning behind the phrase "in the Year of our Lord". This is a historical phrase that is common knowledge across the world. All of the state constitutions and state charters created or in effect during the same era as the signing of the Declaration of Independence contained this phrase and also clarified that it was being written from a Christian worldview.  It used exclusively by Christians as a way of respecting "our Lord" Jesus Christ. The phrase is specifically tied to Christian-based calendars, such as the Gregorian calendar, since those calendars are split into two sections of time which are divided by the virgin birth of Jesus Christ. Additionally, the phrase "in the Year of our Lord" was originally written in Latin. The Latin translation of the phrase is Anno Domini which can be seen in many historical documents from historically Christian nations.

Most people are more familiar with the abbreviation of Anno Domini, which is "A.D.". Anno Domini is the portion of time on the calendar used in the U.S. Constitution which covers all things after the virgin birth of Jesus Christ. The other portion of split time in the same calendar is called "B.C." which mean Before Christ. The full phrase in Latin for "A.D." is actually "Anno Domini Nostri Jesu Christi" which means in English "in the year of our Lord Jesus Christ".

Is the wording from Article 7 referring to the date? Of course it is. However, the addition of the phrase "in the Year of our Lord" means it is no longer an attempt to simply express the date. If the goal was simply to express the date, then "We the People of the United States" would have simply included the numbered year. The phrase "in the Year of our Lord" is not a requirement to simply express the date, as evidenced by many atheists-authored books, documents, and calendars. However, "in the Year of our Lord" is used when Christians specifically wish to pay honor to Jesus Christ, hence the use of the honorific "our Lord".

No religion uses this phrase "in the Year of our Lord" except for Christianity. Buddhist nations such as China do not even use the same number calendar year as Christian nations like the united States of America. While atheists out of a lack of faith in "our Lord" have

chosen to use the same number year but have changed the names of the associated divisions of time to B.C.E. which is Before Common Era and C.E. which is Common Era. Therefore, historical and contextual information being used in the clearly readable wording of Article 7 confirms that the Lord and God "We the People of the United States" legally recognize is Jesus Christ, the virgin born son of God.

It also needs to be recognized that no ruling from any court in this nation has ever debunked the merits of the phrase "in the year of our Lord", as seen in the U.S. Constitution, acting as a declaration of fealty to "our Lord" Jesus Christ. Therefore, that phrase is a part of the entire Supreme Law of the land, concerning mankind's laws, according to Article 6 Clause 2 of the U.S. Constitution. No one is authorized to pick and choose what portions of the U.S. Constitution they wish to follow or recognize as law since the entirety of the document is the Supreme Law. To even suggest that the entire constitution is not the Supreme Law of the land, concerning mankind's law, would be a lie that's akin to rebellion or insurrection. Ignorance of the law does not invalidate the authority of the law.

The first amendment is also not a repeal of the wording used in Article 7, and therefore they are not contradicting statements. No court has discussed the relationship between Article 7 and the first amendment. Article 7 and the first amendment of the U.S. Constitution hold a similar relationship to what was seen in the state constitutions of the time, which is seen in the excerpts provided previously. Article 7 establishes the official religion of the nation is Christianity by declaring Jesus Christ is "our lord", and the first amendment grants the right to the free exercise of that religion, which is Christianity, instead of binding everyone to a single sect or denomination of Christianity. This fact is also reaffirmed in the case below from the Supreme Court of the United States.

- Holy Church of the Trinity v United States

According to the U.S. Supreme Court Case Church of the Holy Trinity v. United States, 143 U.S. 457 (1892), this is a religious nation.

"There is no dissonance in these declarations. There is a universal language pervading them all, having one meaning. They affirm and reaffirm that this is a religious nation. These are not individual sayings, declarations of private persons. They are organic utterances. They speak the voice of the entire people."

The court's statement further reinforces the "entire people" of the nation are united as a people in our religion as well. Each time there was one specific religion being cited throughout the case, which was Christianity.

"The first colonial grant, that made to Sir Walter Raleigh in 1584, was from 'Elizabeth, by the grace of God, of England, Fraunce and Ireland, Queene, defender of the faith,' etc., and the grant authorizing him to enact statutes of the government of the proposed colony provided that 'they be not against the true Christian faith nowe professed in the Church of England.' "

Another example of this nation's early Christian heritage referenced in the case is the wording from the first charter of Virginia in 1606 A.D..

"We, greatly commending, and graciously accepting of, their Desires for the Furtherance of so noble a Work, which may, by the Providence of Almighty God, hereafter tend to the Glory of his Divine Majesty, in propagating of Christian Religion to such People, as yet live in Darkness and miserable Ignorance of the true Knowledge and Worship of God, and may in time bring the Infidels and Savages, living in those parts, to human Civility, and to a settled and quiet government; DO, by these our Letters-Patents, graciously accept of, and agree to, their humble and well intended Desires."

The Supreme Court ruling provides another early example of this nations early
Christian heritage in the case via the Mayflower Compact of 1620 A.D..

"Having undertaken for the Glory of God, and Advancement of the Christian
Faith, and the Honour of our King and Country, a Voyage to plant the first Colony
in the northern Parts of Virginia; Do by these Presents, solemnly and mutually, in
the Presence of God and one another, covenant and combine ourselves together
into a civil Body Politick, for our better Ordering and Preservation, and
Furtherance of the Ends aforesaid."

The Supreme Court continued it's ruling and further reinforced the Christian
Heritage of the nation with additional examples:

the question has seldom been presented to the courts, yet we find that in
Updegraph v. Commonwealth, 11 S. & R. 394, 400, it was decided that

"Christianity, general Christianity, is, and always has been, a part of the common
law of Pennsylvania; . . . not Christianity with an established church and tithes
and spiritual courts, but Christianity with liberty of conscience to all men."

And in People v. Ruggles, 8 Johns. 290, 294-295, Chancellor Kent, the great
commentator on American law, speaking as Chief Justice of the Supreme Court of
New York, said:

"The people of this state, in common with the people of this country, profess the
general doctrines of Christianity as the rule of their faith and practice, and to
scandalize the author of these doctrines is not only, in a religious point of view,
extremely impious, but, even in respect to the obligations due to society, is a gross
violation of decency and good order. . . . The free, equal, and undisturbed
enjoyment of religious opinion, whatever it may be, and free and decent
discussions on any religious

Page 143 U. S. 471

subject, is granted and secured; but to revile, with malicious and blasphemous
contempt, the religion professed by almost the whole community is an abuse of
that right. Nor are we bound by any expressions in the Constitution, as some have
strangely supposed, either not to punish at all, or to punish indiscriminately the
like attacks upon the religion of Mahomet or of the Grand Lama, and for this plain
reason, that the case assumes that we are a Christian people, and the morality of

> the country is deeply engrafted upon Christianity, and not upon the doctrines or worship of those impostors."

> And in the famous case of Vidal v. Girard's Executors, 2 How. 127, 43 U. S. 198, this Court, while sustaining the will of Mr. Girard, with its provision for the creation of a college into which no minister should be permitted to enter, observed: "It is also said, and truly, that the Christian religion is a part of the common law of Pennsylvania."

> If we pass beyond these matters to a view of American life, as expressed by its laws, its business, its customs, and its society, we find every where a clear recognition of the same truth. Among other matters, note the following: the form of oath universally prevailing, concluding with an appeal to the Almighty; the custom of opening sessions of all deliberative bodies and most conventions with prayer; the prefatory words of all wills, "In the name of God, amen;" the laws respecting the observance of the Sabbath, with the general cessation of all secular business, and the closing of courts, legislatures, and other similar public assemblies on that day; the churches and church organizations which abound in every city, town, and hamlet; the multitude of charitable organizations existing every where under Christian auspices; the gigantic missionary associations, with general support, and aiming to establish Christian missions in every quarter of the globe. These, and many other matters which might be noticed, add a volume of unofficial declarations to the mass of organic utterances that this is a Christian nation. In the face of all these, shall it be believed that a Congress of the United States intended to make it a misdemeanor for a church of this country to contract for the services of a Christian minister residing in another nation?

All state constitutions from the time of this nation's founding through the creation of the U.S. Constitution unanimously said this is a Christian nation. The courts as seen above repeatedly and consistently stated this is a Christian nation. The courts as seen above have said other religions worship "impostors" and that we have no obligation to defend those impostor religions. The courts as seen above have even pointed out that blasphemy against "our Lord" Jesus Christ warranted a fine. So how is it then that today's courts have strayed so far from the legal documents and rulings of the past? The answer is simple; the courts have been corrupted by rebels who are against "our Lord". These corrupt rebels seek to subvert and overthrow "our Lord" via lawfare, but it will not happen.

As the Supreme Court of the United States has clearly confirmed "These, and many other matters which might be noticed, add a volume of unofficial declarations to the mass of organic utterances that this is a Christian nation." Any attempts to disregard this repeatedly confirmed legal fact of natural law and constitutional law that Jesus Christ is "our Lord" would be akin to Rebellion or Insurrection, if not treason itself.

- Public law about The Holy Bible

Recent evidence of the fact this is a Christian nation includes PUBLIC LAW 97-280—OCT. 4, 1982, which states:

Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed
nation and people;
Whereas deeply held religious convictions springing from the Holy Scriptures led to the early settlement of our Nation;
Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States;
Whereas many of our great national leaders—among them Presidents Washington, Jackson, Lincoln, and Wilson—paid tribute to the surpassing influence of the Bible in our country's development, as in the words of President Jackson that the Bible is "the rock on which our Republic rests";
Whereas the history of our Nation clearly illustrates the value of voluntarily applying the teachings of the Scriptures in the lives of individuals, families, and societies;
Whereas this Nation now faces great challenges that will test this Nation as it has never been tested before; and
Whereas that renewing our knowledge of and faith in God through Holy Scripture can strengthen us as a nation and a people: Now, therefore, be it
Resolved by the Senate and House of Representatives of the United Oct. 4, 1982
[S.J. Res. 165]
States of America in Congress assembled, That the President is authorized and requested to designate 1983 as a national "Year of the Bible" in recognition of both the formative influence the Bible has been for our Nation, and our national need to study and apply the teachings of the Holy Scriptures.

- Battle Hymn of the Republic


During the Civil War, the Battle Hymn of the Republic was created and largely adopted by the Union in their efforts against the confederacy. However, Battle Hymn of the Republic is still sung to this day by the US military. The lyrics below clearly demonstrate the collective Christian ideology of the nation:


1. Mine eyes have seen the glory

of the coming of the Lord;

he is trampling out the vintage

where the grapes of wrath are stored;

he hath loosed the fateful lightning

of his terrible swift sword;

his truth is marching on.

Refrain:

Glory, glory, hallelujah!

Glory, glory, hallelujah!

Glory, glory, hallelujah!

His truth is marching on.


2. I have seen him in the watchfires

of a hundred circling camps,

they have builded him an altar

in the evening dews and damps;

I can read his righteous sentence

by the dim and flaring lamps;

his day is marching on.

(Refrain)

3. He has sounded forth the trumpet

that shall never call retreat;

he is sifting out the hearts of men

before his judgment seat;

O be swift, my soul, to answer him;

be jubilant, my feet!

Our God is marching on.

(Refrain)


4. In the beauty of the lilies

Christ was born across the sea,

with a glory in his bosom

that transfigures you and me;

as he died to make men holy,

let us die to make men free,

while God is marching on.

(Refrain)


5. He is coming like the glory

of the morning on the wave,

he is wisdom to the mighty,

he is honor to the brave;

so the world shall be his footstool,

and the soul of wrong his slave.

Our God is marching on.

(Refrain)

### *Relief Point 5, 6, 7, 8, and 9 legal basis:*

Now that we have proven beyond all doubt that Jesus Christ is "our Lord" and "Nature's God", it is now time to delve into the Natural laws, also known as biblical law, outlined in the Old and New Testament of The Holy Bible. The Holy Bible is very clear that a man is able to marry a woman as one of his many "unalienable Rights". There is also no requirement documented in The Holy Bible of government involvement or even involvement from church clergymen to create a valid marriage between a man and woman. The right of a man to marry a woman is a self-executing God-given right that only requires a public ceremony and witnesses. There is no form of payment required to be given to government or the requirement for a specific person to facilitate the marriage. Neither is government approval required for a marriage to be valid. (Genesis 2:21-24) (Genesis 24:63-67) (Genesis 29:18-21) (1 Samuel 25: 40-42)

There cannot be a valid law of man which denies any man of his God-given rights. All things which are considered acceptable and permissible under natural law, a.k.a. biblical law, must be recognized as morally acceptable by the laws of mankind since the laws of God are superior to mankind's laws. (Galatians 5:22-23) (Lamentations 33:35-36)

The U.S. Constitution says in its preamble what the overall intent of the constitution is, "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."

The U.S. Constitution recognizes the premise of morals and concepts, such as justice, intended to help our country. However, The Spirit of the Lord determines what the definition of those morals and concepts shall be since only "our Lord" is righteous and holds all wisdom and understanding. (Romans 3:10-12)


All of this is confirmed in the natural law, a.k.a. biblical law, citations below:


"And the LORD God caused a deep sleep to fall upon Adam, and he slept: and he took one of his ribs, and closed up the flesh instead thereof; And the rib, which the LORD God had taken from man, made he a woman, and brought her unto the man. And Adam said, This is now bone of my bones, and flesh of my flesh: she shall be called Woman, because she was taken out of Man. Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh." (Genesis 2:21-24)

"And Isaac went out to meditate in the field at the eventide: and he lifted up his eyes, and saw, and, behold, the camels were coming. And Rebekah lifted up her eyes, and when she saw Isaac, she lighted off the camel. For she had said unto the servant, What man is this that walketh in the field to meet us? And the servant had said, It is my master: therefore she took a vail, and covered herself. And the servant told Isaac all things that he had done. And Isaac brought her into his mother Sarah's tent, and took Rebekah, and she became his wife; and he loved her: and Isaac was comforted after his mother's death." (Genesis 24:63-67)

"And Jacob loved Rachel; and said, I will serve thee seven years for Rachel thy younger daughter. And Laban said, It is better that I give her to thee, than that I should give her to another man: abide with me. And Jacob served seven years for Rachel; and they seemed unto him but a few days, for the love he had to her. And Jacob said unto Laban, Give me my wife, for my days are fulfilled, that I may go in unto her." (Genesis 29:18-21)

"And when the servants of David were come to Abigail to Carmel, they spake unto her, saying, David sent us unto thee, to take thee to him to wife. And she arose, and bowed herself on her face to the earth, and said, Behold, let thine handmaid be a servant to wash the feet of the servants of my lord. And Abigail hasted, and arose, and rode upon an ass, with five damsels of hers that went after her; and she went after the messengers of David, and became his wife." (1 Samuel 25: 40-42)

"But the fruit of the Spirit is love, joy, peace, longsuffering, gentleness, goodness, faith, Meekness, temperance: against such there is no law." (Galatians 5:22-23)

"To turn aside the right of a man before the face of the most High, To subvert a man in his cause, the Lord approveth not." (Lamentations 33:35-36)

"As it is written, There is none righteous, no, not one: There is none that understandeth, there is none that seeketh after God. They are all gone out of the way, they are together become unprofitable; there is none that doeth good, no, not one." (Romans 3:10-12)

## Personal Damages

I, Michael Wright, am an adamant believer that all men have unalienable God-given rights according to the Declaration of Independence and Natural law, a.k.a. biblical law. I am a Christian. I believe these God-given rights are protected by the declaration of fealty to "our Lord" Jesus Christ in Article 7 of the U.S. Constitution. I refuse to pay the STATE OF TENNESSEE or seek permission from any other man to exercise my God-given right of a man to marry a woman. I find it morally, ethically, religiously, and legally oppressive that any law of man would try to deprive a man of a clearly documented God-given right in The Holy Bible unless he is willing to pay the government to exercise his rights.

This is oppression at its finest on the part of STATE OF TENNESSE. I will not pay a fee in any form to obtain a marriage license, nor will I seek out government permission to get married since neither is a biblical law requirement. I have already received permission from "our Lord" Jesus Christ via Natural Law, a.k.a. biblical law, that I am authorized to lawfully marry a woman. However, the STATE OF TENNESSEE has clearly said in the challenged statute that a marriage license from the state government is required before solemnization of a marriage. Thus, the STATE OF TENNESSEE is preventing me from getting lawfully married in a manner that is in accordance with Natural Law, a.k.a. biblical law, even though Natural Law is protected and recognized by the U.S. Constitution's declaration of fealty to "our Lord" Jesus Christ in Article 7. Therefore, any action which violates biblical law is unlawful and unconstitutional since "We the People of the United States" have lawfully submitted ourselves to "our Lord" Jesus Christ.

## Suggestion to the Defendant

It's likely that the Defendant, along with the majority of the country, has forgotten about the premise of God-given rights and Natural Law, a.k.a. biblical law. Most people in the nation have forgotten the legally and visually verifiable fact that Jesus Christ is "our Lord" according to Article 7 of the U.S. Constitution and the plethora of evidence I have provided. STATE OF TENNESSEE has multiple laws on the books which have essentially been killed, stonewalled, or deemed unlawful. Some of those dead laws would be strengthened and considered enforceable by the realization that "We the People of the United States" have embraced "our Lord" Jesus Christ and Natural Law, a.k.a. biblical law.

In addition, this is going to further aid in future legal battles and future legislative agenda, such as the recent SCOTUS case about the ban on Gender Affirming Care. This is one of the few times where it would actually help the Defendant by working to aid the Plaintiff in obtaining the requested relief. Is making a stand for marriage licenses really worth discarding all the pros which come along with aiding the realization that "We the People of the United States" have embraced "our Lord" Jesus Christ and "the Laws of Nature and of Nature's God", a.k.a. biblical law. There's a lot of good that can be done here. Do the right thing.

These are just a few topics that the Defendant would have a far stronger legal basis on regarding legislation or legal action:

-Defense of parental rights

-Defense against child abuse in all its forms

-crackdown on illegal immigration

-pornographic content being given to minors in schools under the guise of Health ed

-prayer to "our Lord" Jesus Christ and Bibles being allowed in school

-All anti-LGBT initiatives

-literal satanic after school clubs at elementary schools being banned

-pornography being heavily restricted, if not banned

-etc…

## Warning to Unlawful Actors

As a notice, I currently have criminal charges pending against Judge Mark Norris and Judge Annie Christoff for a separate matter. Neither of them is to come anywhere near this case. If I see either of them work on this case instead of disqualifying themselves, which they are legally required to do according to 28 U.S. Code § 455, then I will promptly press charges against them again for Rebellion or insurrection 18 U.S.C. § 2383 and Deprivation of rights under color of law 18 U.S. Code § 242.

Also, I'm providing a plethora of visually verifiable legal evidence in this document that beyond a shadow of doubt reaffirms the below points.

1) This nation is founded on the fact that all men have "unalienable Rights" which "the Laws of Nature and of Nature's God entitle them" according to the Declaration of Independence.

2) "We the People of the United States" have declared "Nature's God" is "our Lord" as referred to in Article 7 of the U.S. Constitution who can only be Jesus Christ based on all legal evidence provided.

Turning against "our Lord" Jesus Christ of The Holy Bible, as unanimously confirmed in Article 7 the U.S. Constitution and every state constitution and state charter which precedes it, is an act of Treason 18 U.S. Code § 2381 or Rebellion or insurrection 18 U.S.C. § 2383.

Rejecting "the Laws of Nature and of Nature's God", a.k.a. biblical law, is an act of Treason 18 U.S. Code § 2381, Rebellion or insurrection 18 U.S.C. § 2383, and Deprivation of rights under color of law 18 U.S. Code § 242 since you would be rejecting the very founding legal justification for the existence of the united States of America.

I want to remind everyone that above all this will be a case where the standing of each person before Almighty God shall be confirmed. For your own soul's sake, stand by "our Lord" Jesus Christ and Natural Law, a.k.a. biblical law. Otherwise, your own words and actions will be evidence to condemn you when you stand before "our Lord" for judgement.

"Thou believest that there is one God; thou doest well: the devils also believe, and tremble. But wilt thou know, O vain man, that faith without works is dead?" (James 2:19-20)

"Jesus answered and said unto him, If a man love me, he will keep my words: and my Father will love him, and we will come unto him, and make our abode with him. He that loveth me not keepeth not my sayings: and the word which ye hear is not mine, but the Father's which sent me." (John 14:23-24)

"For whosoever shall be ashamed of me and of my words, of him shall the Son of man be ashamed, when he shall come in his own glory, and in his Father's, and of the holy angels" (Luke 9:26)