IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-02630-SHL-cgc |
| STATE OF TENNESSEE, | ) |
| Defendant. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Pro Se Complaint (ECF No. 2), filed June 20, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation Granting Defendant State of Tennessee's Motion to Dismiss (ECF No. 21), filed January 20, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 20, 2026
Date